## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br><br>DEMONE COLEMAN, )<br>    Defendant ) | No.   18-mc-91099 |

### Notice of Appearance of Nicholas Soivilien

The undersigned Assistant U.S. Attorney hereby appears as counsel in this case for the United States and asks to be added to the docket for purposes of receiving electronic notices.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

Dated: March 14, 2018          BY:     */s/ Nicholas Soivilien*
NICHOLAS SOIVILIEN
Assistant United States Attorney
U.S. Attorney's Office
District of Massachusetts
John Joseph Moakley Federal Courthouse
One Courthouse Way
Boston, MA  02210
617-748-3279
nicholas.soivilien@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Nicholas Soivilien*
Assistant United States Attorney

Dated: March 14, 2018